# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

**OLANREWAJU A. IDEWU,**

                 **Plaintiff,**　　　　2008-CV-0057

  v.

**KEVIN SEALEY,**

                 **Defendant.**

**TO:**   Scot F. McChain, Esq.
       Maxwell D. McIntosh, Esq.

### ORDER GRANTING PLAINTIFF'S SECOND MOTION TO COMPEL

THIS MATTER came before the Court upon Plaintiff Olanrewaju A. Idewu's Second Motion to Compel Production of Defendant Kevin J. Sealey's Fed. R. Civ. P. 26(A)(1)(a) [sic] Disclosures (Docket No. 13). The time for filing a response has expired.

Being advised in the premises and being satisfied therein, the Court finds that Defendant has failed to provide his Rule 26 voluntary disclosures as required. Thus, the Court will grant the motion and also will order Defendant to pay Plaintiff his costs and attorney's fees associated with the motion.

WHEREFORE, it is hereby **ORDERED**:

*Idewu v. Sealey*
2008-CV-0057
Order Granting Plaintiff's Second Motion to Compel
Page 2

1. Plaintiff Olanrewaju A. Idewu's Second Motion to Compel Production of Defendant Kevin J. Sealey's Fed. R. Civ. P. 26(A)(1)(a) [sic] Disclosures (Docket No. 13) is **GRANTED**.

2. Defendant shall serve upon counsel for Plaintiff, within ten (10) days from the date of entry of this Order, his Fed. R. Civ. P. 26(a)(1)(A) disclosures.

3. Defendant shall pay to Plaintiff, upon the Court's approval of such amounts, his costs and attorney's fees associated with and related to the filing of said motion.

4. Counsel for Plaintiff shall file with the Court, within five (5) days from the date of entry of this Order, an affidavit, affirmation, or other certification of Plaintiff's costs and attorney's fees associated with and related to the filing of the said motion.

ENTER:

Dated: May 22, 2009		/s/ George W. Cannon, Jr.
		GEORGE W. CANNON, JR.
		U.S. MAGISTRATE JUDGE