|  | DISTRICT COURT OF THE VIRGIN ISLANDS |  |
|---|---|---|
|  | DIVISION OF ST. CROIX |  |

OLANREWAJU A. IDEWU,

                              **Plaintiff,**                      1:08-cv-57

   v.

KEVIN SEALEY,

                              **Defendant.**

**TO:**    Scot F. McChain, Esq.
          Maxwell D. McIntosh, Esq.

## ORDER RENEWED MOTION FOR SANCTIONS

THIS MATTER came before the Court upon Plaintiff's Renewed Motion For Sanctions [sic] (Docket No. 28). The time for filing a response has expired.

Being advised in the premises and being satisfied therein, the Court finds that Defendant has failed to comply with the Court's Order Granting Plaintiff's Motion to Compel (Docket No. 27). Thus, the Court will grant the motion for sanctions and order Defendant to pay Plaintiff his costs and attorney's fees associated with the motion.

WHEREFORE, it is hereby **ORDERED**:

1.      Plaintiff's Renewed Motion For Sanctions [sic] (Docket No. 28) is **GRANTED**.

    2.    Defendant shall pay to Plaintiff, within ten (10) days from the date of entry of this order, the amount of **$620.00** as and for his costs and attorney's fees associated with and related to the filing of said motion and file notice of such payment thereof with the Court.

ENTER:

Dated: December 21, 2009

/s/ George W. Cannon, Jr.
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE